**Motion Granted; Order filed August 9, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00390-CR
_____

### RICHARD DOTSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1192825**

### ORDER

This appeal is related to an appeal previously filed in this court: No.14-09-00213-CR, *Richard Dotson v. The State of Texas*. Appellant has filed a motion requesting the record from the previous appeal be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-09-00213-CR into this appeal. Appellant's brief is due 30 days after the clerk of this court transfers the record.

PER CURIAM

Panel consists of Chief Justices Christopher and Justices Wise and Hassan.